IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-CV-2045-M |
| | § | |
| FERGUSON ENTERPRISES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

# ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's Consolidated Motion For Leave to Conduct Jurisdictional Discovery [Dkt. No. 29] is DENIED.

SO ORDERED this 29th day of October, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**